UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

PATRICIA BARNETTE MYERS                                                              PLAINTIFF

VS.                                                         CIVIL ACTION NO. 3:06CV41 DPJ-JCS

VICTORIA'S SECRET a/k/a LIMITED BRANDS
STORE OPERATIONS, INC.                                             DEFENDANT

JUDGMENT

For the reasons given in the memorandum opinion and order entered in this cause on this day,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 30th day of April, 2007.

                                                         s/ *Daniel P. Jordan III*
                                                         UNITED STATES DISTRICT JUDGE